Judge Karen Overstreet
Chapter 11
Hearing: July 23, 2010; 9:30 a.m.
Reply Date: July 16, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MCELMURY AND LACOCK,

    Debtor,

CASE NO. 09-15268

ORDER FOR FINAL DECREE AND
FOR FINAL ATTORNEYS FEES

THIS MATTER HAVING come on for hearing upon the motion of the Debtor, by and though its attorney Larry B. Feinstein of Vortman & Feinstein, for final decree and final compensation; and a 2nd Amended Chapter 11 Plan was confirmed on May 5, 2010; and all distributions of property of the estate as required under the Plan of Reorganization are being made as set forth in the declaration of the Debtor on file; and there being no objection; and the court being advised in the premises; now, therefore, it is hereby

ORDERED THAT Vortman & Feinstein be and is hereby awarded final compensation for professional services rendered throughout this bankruptcy proceeding up to confirmation of the debtor's Plan in the amount of $5,587.50 plus an additional $700.00 for services to close this estate, totaling $6,287.50, less the prepetition fees paid and the fees held in trust [$850.00], for a balance to be allowed and paid under the Plan in the amount of $2,987.50.

It is further ORDERED that a final decree be and is hereby entered, and this case

Final Decree 1

Vortman & Feinstein
500 Union Street, Suite 500
Seattle, WA 98101
206-223-9595
Fax: 206-386-5355

may now be closed by the Clerk.

DATED this _____<sup>th</sup> day of August, 2010.

*Paul B. Snyder*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

/s/ Larry B. Feinstein
_____
Larry B. Feinstein, WSBA #6074
Attorney for Debtor


Approved for Entry:

/s/ Thomas A. Buford III   8/2/2010
_____
Thomas A Buford III

Attorney for US Trustee

Final Decree  2

Vortman & Feinstein
500 Union Street, Suite 500
Seattle, WA 98101
206-223-9595
Fax: 206-386-5355